743 A.2d 452

**John Richard JAE, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 20, 2000.

## *ORDER*

PER CURIAM.

**AND NOW**, this 20 th day of January, 2000, the Order of the Commonwealth Court is affirmed.